1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  PRISCILLA L. O'BRIANT
   Nevada Bar No. 10171
3  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
4  Las Vegas, Nevada 89118
   Telephone:  (702) 893-3383
5  Fax:  (702) 893-3789
   E-Mail: Robert.Freeman@lewisbrisbois.com
6  E-Mail: Priscilla.Obriant@lewisbrisbois.com
   *Attorneys for Defendant Nationwide Affinity*
7  *Insurance Company of America*

8              **UNITED STATES DISTRICT COURT**

9          **DISTRICT OF NEVADA, SOUTHERN DIVISION**

10

11  HEIDI BRANT, an individual,                CASE NO.:  2:20-CV-01070-JAD-DJA

12             Plaintiff,

13        vs.                                   **STIPULATION AND ORDER FOR
                                                DISMISSAL**
14  NATIONWIDE AFFINITY INSURANCE

15  COMPANY OF AMERICA, DOES 1 through
    100; and ROE CORPORATION 101 through
16  200, inclusive,

17             Defendants.

18

19

20        IT IS HEREBY STIPULATED by and between Plaintiff HEIDI BRANT ("Brant") and

21  Defendant NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA ("Defendant"),

22  by and through their respective undersigned counsel, that all claims in the above-entitled action

23  against

24  / / /

25  / / /

26  / / /

27  / / /

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4882-9058-9187.2

1  Defendant shall be dismissed in their entirety, with prejudice, each party to bear its own costs and

2  attorneys' fees.

3      DATED this 11th day of November, 2021.          DATED this 11th day of November, 2021.

4      LEWIS BRISBOIS BISGAARD & SMITH          BERSTEIN  & POSSION

5      BY: _/s/ *Jennifer A. Taylor*_____          BY: _/s/ *Amber N. King*_____

6          Robert W. Freeman, Esq.                    Scott L. Poisson, Esq.
           Nevada Bar No. 3062                        Amber N. King, Esq.
7          Priscilla L. O'Briant, Esq.                320 South Jones Boulevard
           Nevada Bar No. 10171                       Las Vegas, NV  89107
8          Jennifer A. Taylor, Esq.                   *Attorney for Plaintiff*
9          Nevada Bar No. 6141
           6385 S. Rainbow Boulevard, Suite 600
10         Las Vegas, Nevada 89118
           *Attorneys for Defendants*
11         *Nationwide Affinity Insurance Company*
           *of America*
12

13

14                                    **ORDER**

15         Based on the parties' stipulation **[ECF No. 27]** and good cause appearing, IT IS HEREBY
    ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees
16  and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

17

18  _____
                                          U.S. District Judge Jennifer A. Dorsey
19                                        Dated: November 15, 2021

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4882-9058-9187.2                                    2